IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREN HARVIN, | Civil No. 3:17-cv-2254 |
| Plaintiff | (Judge Mariani) |
| v. | |
| SUPERINTENDENT LAWRENCE MAHALLY, et al., | |
| Defendants | |

## ORDER

**AND NOW**, this 27th day of April, 2018, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 9) to appoint counsel is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge