IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAUREN HARVIN, | : | Civil No. 3:17-cv-2254 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SUPERINTENDENT LAWRENCE MAHALLY, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 7th day of March, 2019, upon consideration of Defendants' motion (Doc. 16), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 16) to dismiss is **GRANTED** in part and **DENIED** in part as follows:

    a. The motion is **GRANTED** with respect to Plaintiff's claims for monetary relief against the Defendants in their official capacities. These claims are **DISMISSED** in their entirety.

    b. The motion is **GRANTED** with respect to the claims against Defendant Mahally based on lack of personal involvement. The Clerk of Court is directed to **TERMINATE** Lawrence Mahally as a party to this action.

    c. The motion is **DENIED** with respect to the claims against Defendants Zakarauska, Demming, Verbyla, Goyne, and White based on lack of personal involvement.

    d. The motion is **GRANTED** with respect to the Equal Protection Claim. This claim is **DISMISSED** in its entirety.

2. The motion (Doc. 16) for summary judgment based on failure to exhaust administrative remedies is **DENIED**.

3. Defendants Zakarauska, Demming, Verbyla, Goyne, and White shall file an answer to the remaining claims in Plaintiff's complaint (Doc. 1) or appropriate pretrial motion on or before March 28, 2019.

_____
Robert D. Mariani
United States District Judge