IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREN HARVIN, | Civil No. 3:17-cv-2254 |
| Plaintiff | (Judge Mariani) |
| v. | |
| DEPUTY SUPT. ZAKARAUSKA, *et al.*, | |
| Defendants | |

FILED
SCRANTON

DEC 06 2021

PER _____
DEPUTY CLERK

## ORDER

**AND NOW**, this 6th day of December, 2021, upon consideration of Defendants' motion (Doc. 38) for summary judgment, and it appearing that, as of the date of this Order, Plaintiff has failed to oppose Defendants' motion, and it further appearing that Plaintiff has failed to file a statement of material facts specifically responding to the numbered paragraphs in Defendants' statement of material facts (Doc. 40), *see* L.R. 56.1, **IT IS HEREBY ORDERED THAT:**

1. On or before December 27, 2021, Plaintiff shall file a brief in opposition to Defendants' motion (Doc. 38). Failure to timely file a brief in opposition to Defendants' motion will result in the motion (Doc. 38) being deemed unopposed. *See* L.R. 7.6.

2. On or before December 27, 2021, Plaintiff shall file a statement of material facts specifically responding to the numbered paragraphs in Defendants' statement of material facts (Doc. 40). *See* L.R. 56.1.

    a. The statement of material facts shall include specific references to the parts of the record that support the statements and shall comply in all respects with Local Rule 56.1.

b.   Failure to timely file a statement of material facts in accordance with Local Rule 56.1 will result in the facts set forth in Defendants' statement of material facts (Doc. 40) being deemed admitted. *See* L.R. 56.1.

_____
Robert D. Mariani
United States District Judge