IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREN HARVIN, | Civil No. 3:17-cv-2254 |
| Plaintiff | (Judge Mariani) |
| v. | |
| DEPUTY SUPT. ZAKARAUSKA, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 29th day of March, 2022, upon consideration of Defendants' motion (Doc. 38) for summary judgment, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 38) for summary judgment is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants, and against Plaintiff.

3. The Clerk of Court is further directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge